Dear Judge Michael Mihn

Date 2-16-2016

IM writing you in hope's of your help. My Name Is Jermaine Cooper #K77466 IM Now at Western ILL CORR, Center. In 2013 the Cook County Jail Mental Health Department dicover That I had an Mental Illiness bipolar disorder, so they Started Me on Respidol. I was release from Cook County Jail I think on August of 2013. I was arrested again in March of 2014 and placed back on that Medication Respidol. IM writing this letter to inform you guys that I would like to place a lawsuit or file an lawsuit on the Cook County Jail. If possible I would like to joint the lawsuit That was placed on December 22, 2015 stateing That all Mentally Ill prisoners that is placed in the IDOC jail should receive Mental health treatment. I also would like you guys to know that I have grown Man Boobs due to the Medication that they had provided Me. I would like something to be done about this. They also told me they started me on Respidol because I have bipolar disorder. They start me on a Medication that Make Man grow boobs...

Western ILL CORR, Center
2500 Rt 99 South
MT. Sterling, ILL 62353

Thank you for your time
Sincerely
Jermaine Cooper

Jermaine Cooper reg.no.K77466
2500 Rt 99 South
Mount Sterling IL 62353

CORRESPONDENCE
FROM INMATE OF IL
DEPT OF CORRECTION

Hasler 02/18/2016

Judge Michael Mihn
112 U.S Courthouse
100 N.E Monroe Street
Peoria, IL 61602

Legal Mail